**Motion Denied; Briefs filed October 20, 2021, and October 22, 2021 Stricken; and Order filed November 23, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00400-CV**
_____

**SELENA MCDADE, Appellant**

**V.**

**FOUNTAINS AT TIDWELL, LTD; HETTING MANAGEMENT CORP; AND INVESTORS MANAGEMENT GROUP, LLC, Appellees**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2017-35361**

## ORDER

On October 20, 2021, appellant filed a brief. On October 21, 2021, appellant filed a motion to file an amended brief and on October 22, 2021, an amended brief was filed. Neither brief complies with the Texas Rules of Appellate Procedure by failing to contain a clear and concise argument for the contentions made with appropriate citations to the record. *See* Tex. R. App. P. 38.1(g). Specifically,

appellant's brief cites to the appendix to the brief rather than to the record before this court.

Accordingly, we order appellant's brief filed October 20, 2021, stricken. Appellant's motion to file the amended brief filed October 22, 2021, is denied and that brief also stricken.

Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Poissant.